IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02157-PAB-MJW

DONNA SWARTZENDRUBER,

Plaintiff(s),

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Insurance Company, and
DAVITA, INC. COMPANIES HEALTH AND WELFARE PLAN, an ERISA Welfare Benefit Plan,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Request to Vacate Order Setting Scheduling/Planning Conference (docket no. 9) is GRANTED.  The Rule 16 Scheduling Conference set on November 17, 2011, at 9:00 a.m. is VACATED.

It is FURTHER ORDERED that the parties shall file either a Stipulated Motion to Dismiss or Status Report on or before December 7, 2011 or show cause why this case should not be dismissed.

Date:  November 7, 2011