
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02157-PAB-MJW

DONNA SWARTZENDRUBER,

Plaintiff(s),

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Insurance Company, and
DAVITA, INC. COMPANIES HEALTH AND WELFARE PLAN, an ERISA Welfare Benefit Plan,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Request to Vacate Order Setting Scheduling/Planning Conference (docket no. 9) is GRANTED.  The Rule 16 Scheduling Conference set on November 17, 2011, at 9:00 a.m. is VACATED.

It is FURTHER ORDERED that the parties shall file either a Stipulated Motion to Dismiss or Status Report on or before December 7, 2011 or show cause why this case should not be dismissed.

Date:  November 7, 2011